**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC<br><br>Plaintiff,<br><br>vs.<br><br>EMILY, INC., ET AL.,<br><br>Defendants. | Case No. 09 CV 1257 |

## MOTION FOR ISSUANCE OF MEMORANDUM OF JUDGMENT

Pursuant to Rule 64 of the Federal Rules of Civil Procedure, Plaintiff Ford Motor Credit Company ("Ford Motor") moves for the issuance by this Court of a memorandum of judgment, and, in support of its motion, Ford Motor states as follows:

1.      On June 12, 2009, this Court entered judgment in Ford Motor's favor in the amount of $1,798,080.01, the pre-judgment interest in the amount of $40,641.15, interest accruing thereafter at the legal post-judgment rate and $14,827.50 in attorney's fees and expenses.  (A copy of the Order and Judgment is attached hereto as Exhibit A.)

2.      Pursuant to Rule 64 of the Federal Rules of Civil procedure, "…every remedy is available that, under the law of the State where the Court is located, provides seizing a person or property to secure satisfaction of the potential judgment."  Fed.R.Civ.P. 64.  Illinois supplementary proceedings are governed by 735 ILCS 5/2-1402 (authorizing proceedings) and Illinois Supreme Court Rule 277 (denoting when such procedures may be commenced, and how).

3. Pursuant to Illinois law, "[n]o judgment shall bind the goods and chattels of the person against whom it is entered, until a certified copy thereof is delivered to the sheriff or other proper officer to be served …" 735 ILCS 5/12-111.

4. Furthermore, a judgment only becomes a lien against real property when a certified copy of the judgment, or a memorandum of judgment, is filed in the recorder's office in the county where the property is located. 735 ILCS 5/12-101.

5. In order to perfect its lien on the judgment debtor's property, Ford Motor must receive and file a duly certified memorandum of judgment in the form attached as Exhibit B.

WHEREFORE, Ford Motor Credit Company respectfully moves that the Court issue a memorandum of judgment in the form attached hereto as Exhibit B.

Dated: June 17, 2009

                                                  Respectfully submitted,

                                                  s/ Gregory L. Lacey

Gregory L. Lacey, Esq. (ARDC No. 06239392)   One of the Attorneys for Plaintiff FORD
Sonia Desai, Esq. (ARDC No. 06255838)       MOTOR CREDIT COMPANY LLC
Ryan Williams, Esq.
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 627-2252 (telephone)
(312) 627-2302 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2009, I electronically filed the foregoing **Ford Motor Credit Company's Motion for Issuance of Memorandum of Judgment** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Lester A. Ottenheimer, III, Esq.
Ottenheimer Tiplinsky
Rosenbloom, LLC
750 Lake Cook Road
Suite 140
Buffalo Grove, Illinois 60089

s/ Gregory L. Lacey